UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES P. FRICK, | ) | CASE NO. C06-0104-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION |
| DAREN SWENSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition (Doc. #4) is DISMISSED as untimely. *See* 28 U.S.C. § 2244(d);

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 5th day of June, 2006.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION